In The United States Of America

CV 21 - 4998

Law Suit And Complaint

Donald Graves
  Plaintiff

- agst -

RECEIVED AUG 27 2021 PRO SE OFFICE
VITALIANO, J.
BLOOM, M.J.

United States Government
The State of New York
New York City Supreme Court, Criminal Term
Rikers Island, AMKC
Bellvue Mental Health Hospital
Sing Sing Maxum State Prison
Mid-Hudson

To be advised that within side the Laws, I do have a Respect for The Laws. However, I can't help an indivuals that Attempt to destroy our house lurdicy And Bless thinking.

Sexual Abuse whereby she and I are Force to indulge in such: Homo sexual.

Please be advise, that, I one Donald Graves, Do herein and Herein demand that the Court For Pain and Suffering Pay his the money amount of Twelve (12) million dollars and immedate Relearse From Confinement.

I haves the (4) Four hundred dollars with is said to be neccesary to open the case. However, There one problem, and that's getting the money out of my count and to you safly.

Donald Graves
895216063.

Donald Graves
09-09 Hazen St AMKC
East Elmhurst 11370
19B GRVC

United States District Court
225 Cadman Plaza East
Brooklyn, 11221
Rikers Island AMKC
Eatern District of New York
Attention: Pro, Pro Se. Office